AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| JUDY PIERCE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, ) | **CASE NO. 7:12-CV-129-D** |
| Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 1, 2013,** WITH A COPY TO:

Lawrence Wittenberg CM/ECF electronic notification)
Kathleen C. Buckner (via CM/ECF electronic notification)

| | JULIE A. RICHARDS, Clerk |
|---|---|
| July 1, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |